﻿Citation Nr: AXXXXXXXX
Decision Date: 12/31/20 Archive Date: 12/31/20

DOCKET NO. 190807-18354
DATE: December 31, 2020

ORDER

The appeal of the issue of payment or reimbursement of medical expenses incurred for treatment from Catalina Dental (CD) is dismissed.

FINDING OF FACT

No decision on the issue of payment or reimbursement of medical expenses incurred for treatment from CD was ever issued by a Department of Veterans Affairs (VA) agency of original jurisdiction (AOJ).

CONCLUSION OF LAW

There is no matter for appellate consideration, and the appeal of the issue of payment or reimbursement of medical expenses incurred for treatment from CD must be dismissed. 38 U.S.C. §§ 5104, 7105; 38 C.F.R. §§ 3.151, 17.132, 20.201-20.204.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from June 1974 to May 1975. 

In August 2019, the Veteran filed a VA Form 10182, Decision Review Request: Board Appeal (Notice of Disagreement), expressing disagreement with a denial by VA of payment or reimbursement of medical expenses. The Veteran, in his Decision Review Request, referenced documentation of medical expenses from CD, which he had submitted to VA in March 2019. The Veteran identified the dates of the decision being appeal as November 15, 2018, March 18, 2019, and June 20, 2019.

However, the record contains no decision from the AOJ denying any such medical reimbursement benefits issued on the dates the Veteran identified, or on any other date. The AOJ did not issue the Veteran any decision denying payment or reimbursement of medical expenses incurred from CD.

For each claim received by VA identifying an issue, including those for medical reimbursement benefits, VA issues a decision, along with notice of that decision, which is required to include such information as identification of the issues adjudicated and summary of the evidence considered by VA in making the decision. 38 U.S.C. § 5104; 38 C.F.R. §§ 3.151(c)(1), 20.200, 20.203(b). Notices of VA decisions are issued to claimants by mail, and an appeal of a decision by the agency of original jurisdiction consists of a Notice of Disagreement submitted to the Board of Veterans’ Appeals (Board) in response to the mailed notice, in accordance with VA provisions, which must identify the specific determination with which the claimant disagrees. 38 U.S.C. § 7105; 38 C.F.R. §§ 3.151(c)(1), 17.132, 20.201-20.204. The Board may dismiss any appeal which fails to identify the specific determination with which the claimant disagrees. 38 U.S.C. § 7105(d). 

The issue of payment or reimbursement of medical expenses incurred for treatment from CD is dismissed.

In this case, no decision on a claim for payment or reimbursement of medical expenses incurred for treatment from CD was issued to the Veteran by the AOJ, and he has not identified any specific determination made by VA with which he disagrees. As there is no AOJ decision on appeal, there can be no alleged errors of fact or law in any such decision for appellate consideration, and the appeal must be dismissed.

The Board notes that, in March 2019, the Veteran submitted a VA From 10-583 (Claim for Payment of Unauthorized Medical Expenses), along with an expense summary for treatment from CD. VA treatment records dated from May to June 2019 reflect that, following receipt of this claim by VA, the Veteran’s VA dental provider contacted him by telephone to inform him that VA could not pay for his claimed services or reimburse the Veteran, as they were unauthorized dental care and were incurred prior to his being eligible for VA dental care. These records indicate that the Veteran reported being told by VA personnel that his claim had to be denied so that he could appeal it, and that his dental provider contacted appropriate VA personnel who would speak to the Veteran regarding the matter.

A November 2019 VA report of contact reflects that although the Veteran had filed a Form 10182 to dispute the denial of payment or reimbursement of medical expenses incurred from CD, no such denial on his claim had ever been made.

It therefore appears that the Veteran may have an outstanding claim for payment or reimbursement of medical expenses incurred from CD, which has not yet been fully processed by the AOJ. 

However, no decision on any such claim was ever issued by the AOJ, and there is no matter for appellate consideration at this time. Accordingly, the appeal is dismissed. 

 

 

H.M. WALKER

Acting Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Andrew Mack, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.